ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-2727
   Facsimile:  (213) 894-7177
   E-mail:     Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$104,500.00 IN U.S. CURRENCY, ET AL.,<br><br>    Defendants.<br>―――――――――――――――――<br>PETER GIRGIS, PATRICK GIRGIS, AND CECILE GIRGIS,<br><br>    Claimants. | NO.  EDCV 13-00765 FMO (DTBx)<br><br>**CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANTS PETER GIRGIS AND PATRICK GIRGIS ONLY**<br><br>[NOTE:  THIS ORDER RESOLVES THE CLAIM OF TWO CLAIMANTS, BUT IS NOT DISPOSITIVE OF THE CASE] |

cc. FISCAL

1    Plaintiff and Claimants Peter Girgis and Patrick Girgis
2 ("Claimants") have made a stipulated request for the entry of
3 this Consent Judgment, resolving the claims of Claimants in this
4 action in their entirety.
5    Claimants filed timely claims to the following defendant
6 assets:
7    1.   $22,755.00 in U.S. currency;
8    2.   One 2008 Mercedes Benz C300; and
9    3.   One 2007 Lexus GS350.
10   Claimants did not file claims to any of the defendant
11 assets other than those listed, and no other claimants have
12 filed claims to the defendant assets listed above. The time for
13 filing claims and answers has expired. No other person is
14 believed to have any claim to the defendant assets.
15   The Court, having considered the stipulation of the
16 parties, and good cause appearing therefor, HEREBY ORDERS,
17 ADJUDGES AND DECREES:
18   1. The government has given and published notice of this
19 action as required by law, including Supplemental Rule G for
20 Admiralty or Maritime Claims and Asset Forfeiture Actions,
21 Federal Rules of Civil Procedure, and the Local Rules of this
22 Court.  No claims or answers have been filed to contest the
23 forfeiture of the listed defendant assets other than that filed
24 by Claimants, and the time for filing claims and answers has
25 expired.  This Court has jurisdiction over the parties to this
26 judgment and the defendant assets described herein. Any
27 potential claimants to the defendant assets described herein
28 other than Claimants are deemed to have admitted the allegations

of the Complaint with respect to these assets.

2. The following defendant assets shall be returned to Claimants through their counsel: One 2008 Mercedes Benz C300 and One 2007 Lexus GS350. The United States Marshals Service ("USMS") shall release said assets within 45 days of the entry of this judgment.

3. The government shall have judgment against the interests of Claimants (and any potential claimants) as to the remaining listed defendant asset, to wit: $22,755.00 in U.S. Currency. Said asset is hereby forfeited and condemned to the United States, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited asset according to law.

4. Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant assets and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees or costs which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant 2008 Mercedes Benz C300, defendant 2007 Lexus GS350 and defendant $22,755.00 in U.S. Currency and the institution of this action as to those defendant assets. This

judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to those defendant assets.

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED: October 25, 2013 _____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE